| | |
|---|---|
| Thomas N. Abbott, OSB No. 193043<br>TAbbott@perkinscoie.com<br>PERKINS COIE LLP<br>1120 N.W. Couch Street, Tenth Floor<br>Portland, Oregon 97209-4128<br>Telephone: 503.727.2000<br>Facsimile:  503.727.2222 | Benjamin A. Schwartzman, OSB NO. 02161<br>bschwartzman@baileyglasser.com<br>BAILEY & GLASSER LLP<br>950 West Bannock Street, Suite 940<br>Boise, ID 83702<br>Telephone: (208) 342-4411<br>Facsimile: (208) 342-4455 |
| David T. Biderman (*Pro Hac Vice pending*)<br>DBiderman@perkinscoie.com<br>PERKINS COIE LLP<br>505 Howard Street, Suite 1000<br>San Francisco, California 94105<br>Telephone: 415.344.7000<br>Facsimile:  415.344.7050 | (additional counsel listed on signature page) |
| *Attorneys for Defendant*<br>*Gregory Funding LLC* | *Counsel for Plaintiffs Sundeep Sabherwal and*<br>*Marjorie Sabherwal and the Putative Class* |

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SUNDEEP SABHERWAL, MARJORIE SABHERWAL, on behalf of themselves and all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>GREGORY FUNDING LLC,<br><br>            Defendants. | Case No. 3:21-cv-01605-SI<br><br>**NOTICE OF SETTLEMENT AND STIPULATED MOTION TO STAY ALL DEADLINES** |

1- NOTICE OF SETTLEMENT AND STIPULATED
MOTION TO STAY ALL DEADLINES

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

## LOCAL RULE 7-1 CERTIFICATION

Counsel for Plaintiffs has conferred with counsel for Defendants, and all parties ("Parties") stipulate to this motion and jointly seek the relief requested in this motion.

## MOTION

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and LR 16-3(a), and LR 41-1(a), the Parties hereby provide notice of pending settlement and respectfully move the Court for an order staying all pending deadlines for a period of 60 days.

## MEMORANDUM OF LAW

Local Rule 41-1(a) states that upon reaching substantial agreement about the terms and conditions of a settlement, the parties must notify the court of the impending settlement. Federal Rule of Civil Procedure 16(b)(4) states that a Court's schedule may be modified "for good cause and with the judge's consent." Under LR 16-3(a), parties may move to amend court-imposed deadlines, and must, in their motion, 1) "[s]how good cause why the deadlines should be modified"; 2) "[s]how effective prior use of time"; 3) "[r]ecommend a new date for the deadline in question"; and 4) "[s]how the impact of the proposed extension on other existing deadlines, settings, or schedules."

Good cause exists for a stay of all pending deadlines for 60 days. The Parties have reached substantial agreement on the terms of settlement. Good cause therefore exists to stay all pending deadlines for a period of 60 days to conserve party and court resources while the Parties finalize settlement.

For all of the foregoing reasons, the Parties jointly respectfully request that the Court stay all deadlines in the case for a period of 60 days.

[SIGNATURES ON NEXT PAGE]

2-  NOTICE OF SETTLEMENT AND STIPULATED
    MOTION TO STAY ALL DEADLINES

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Dated: March 23, 2022

Respectfully Submitted,

**PERKINS COIE LLP**

**BAILEY & GLASSER LLP**

/s/ Thomas N. Abbott
Thomas N. Abbott, OSB No. 932674
TAbbott@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000

/s/ Benjamin A. Schwartzman
Benjamin A. Schwartzman, OSB 02161
bschwartzman@baileyglasser.com
950 West Bannock Street, Suite 940
Boise, ID 83702
Telephone: (208) 342-4411

/s/ David T. Biderman
David T. Biderman (*pro hac vice* to be submitted)
DBiderman@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000

/s/ Lawrence J. Lederer
/s/ James L. Kauffman
Lawrence J. Lederer (*pro hac vice*)
lederer@baileyglasser.com
James L. Kauffman (*pro hac vice*)
jkauffman@baileyglasser.com
Bart D. Cohen (*pro hac vice*)

1055 Thomas Jefferson Street NW, Suite 540
Washington, DC 20007
Telephone: (202) 463-2101

Attorneys for Defendant
Gregory Funding LLC

**MAHANY LAW**

/s/ Brian Mahany
/s/ Timothy Granitz
Brian Mahany (*pro hac vice*)
brian@mahanylaw.com
Timothy Granitz (*pro hac vice*)
tgranitz@mahanylaw.com
8112 W. Bluemound Road, Suite 101
Milwaukee, WI 53213
Telephone: (414) 258-2375

Attorneys for Plaintiffs and the Putative Class

3- NOTICE OF SETTLEMENT AND STIPULATED MOTION TO STAY ALL DEADLINES

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222