Thomas N. Abbott, OSB No. 193043
TAbbott@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000
Facsimile:  503.727.2222

David T. Biderman (*Pro Hac Vice*)
DBiderman@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile:  415.344.7050

*Attorneys for Defendant*
*Gregory Funding LLC*

Benjamin A. Schwartzman, OSB NO. 02161
bschwartzman@baileyglasser.com
BAILEY & GLASSER LLP
950 West Bannock Street, Suite 940
Boise, ID 83702
Telephone: (208) 342-4411
Facsimile: (208) 342-4455

(additional counsel listed on signature page)

*Counsel for Plaintiffs Sundeep Sabherwal and*
*Marjorie Sabherwal and the Putative Class*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SUNDEEP SABHERWAL, MARJORIE SABHERWAL, on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>GREGORY FUNDING LLC,<br><br>    Defendants. | Case No. 3:21-cv-01605-SI<br><br>**STIPULATED DISMISSAL OF ACTION** |

1- STIPULATED DISMISSAL OF ACTION
 CASE NO. 3:21-CV-01605-SI

157136270.1

## LOCAL RULE 7-1 CERTIFICATION

Counsel for Plaintiffs has conferred with counsel for Defendants, and all parties ("Parties") stipulate to the relief requested in Stipulated Dismissal.

## MOTION

Pursuant to the Parties' Settlement Agreement and Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties respectfully move the Court for the following relief:

- dismissing Plaintiffs' individual claims with prejudice; and
- dismissing members of the proposed class identified in Plaintiffs' complaint without prejudice.

The Parties agree to bear their own costs and legal fees in connection with this Action.

[SIGNATURES ON NEXT PAGE]

Dated: July 5, 2022

**PERKINS COIE LLP**

/s/ Thomas N. Abbott
Thomas N. Abbott, OSB No. 932674
TAbbott@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000

/s/ David T. Biderman
David T. Biderman (*pro hac vice* to be submitted)
DBiderman@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000


Attorneys for Defendant
Gregory Funding LLC

Respectfully Submitted,

**BAILEY & GLASSER LLP**

/s/ Benjamin A. Schwartzman
Benjamin A. Schwartzman, OSB 02161
bschwartzman@baileyglasser.com
950 West Bannock Street, Suite 940
Boise, ID 83702
Telephone: (208) 342-4411

/s/ Lawrence J. Lederer
/s/ James L. Kauffman
Lawrence J. Lederer (*pro hac vice*)
lederer@baileyglasser.com
James L. Kauffman (*pro hac vice*)
jkauffman@baileyglasser.com
Bart D. Cohen (*pro hac vice*)

1055 Thomas Jefferson Street NW, Suite 540
Washington, DC 20007
Telephone: (202) 463-2101


**MAHANY LAW**

/s/ Timothy Granitz
Timothy Granitz (*pro hac vice*)
tgranitz@mahanylaw.com
8112 W. Bluemound Road, Suite 101
Milwaukee, WI 53213
Telephone: (414) 258-2375


Attorneys for Plaintiffs and the Putative Class

3-  STIPULATED DISMISSAL OF ACTION
    CASE NO. 3:21-CV-01605-SI

157136270.1